IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

v.                             :      CRIMINAL NO. 11-131

DAVID M. MENGDEN               :

## ORDER

AND NOW, this 18th day of April 2011, upon consideration of the government's motion to dismiss the indictment, it is ORDERED that the government's motion is GRANTED and the indictment is DISMISSED.

BY THE COURT:

_____
HON. JOHN R. PADOVA
United States District Judge